**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1199**

_____

XING JIANG,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A70-580-794)

_____

Submitted: July 25, 2005          Decided: August 12, 2005

_____

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Gary J. Yerman, New York, New York, for Petitioner. Peter D.
Keisler, Assistant Attorney General, Terri J. Scadron, Assistant
Director, Robbin K. Blaya, Office of Immigration Litigation, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Xing Jiang, a native and citizen of China, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider the Board's denial of his motion to reopen his removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Jiang's motion. See 8 C.F.R. § 1003.2 (2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED